CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 1 0 2012

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION
MAY 2012 SESSION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No.: 7:12-cr-32 |
| v. | |
| OSAMA MAHMUD MUSTAFA,<br>Aka "Sam Mustafa"<br>KHALDOUN KHALIL KHAWAJA,<br>Aka "Tony Khawaja"<br>MUAWIA KHALIL ABDELJALIL,<br>Aka "Mike Jalil"<br>, | In Violation of:<br>Title 18 U.S.C. § 371<br>Title 18, U.S.C. § 1349<br>Title 18 U.S.C. § 1956(h)<br>Title 18 U.S.C. § 1344<br>Title 18 U.S.C. § 1014<br>Title 31 U.S.C. § 5324(a)(1) and (a)(3) |

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

## COUNT 1
### (18 U.S.C. § 371)

**(Conspiracy to: defraud the United States for the purpose of impeding, impairing, obstructing, and defeating the lawful Government functions of the Internal Revenue Service; receive Treasury checks bearing a falsely made or forged endorsement; receive stolen property of the United States; commit wire fraud; structure currency transactions to avoid reporting requirements).**

1. From in or about July 30, 2009 and continuing until the date of this Indictment, in the Western District of Virginia and elsewhere, OSAMA MAHMUD MUSTAFA, also known as "Sam Mustafa", KHALDOUN KHALIL KHAWAJA, also known as "Tony Khawaja", and MUAWIA KHALIL ABDELJALIL, also known as "Mike Jalil", the defendants, knowingly and willfully conspired and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to knowingly defraud the United States of and concerning its

*2010R00500*

1

governmental functions and rights, that is, of and concerning its right to have its business and its affairs, and particularly the transaction of the official business of the Internal Revenue Service of the Treasury Department, conducted honestly and impartially, free from corruption, fraud, improper and undue influence, dishonesty, unlawful impairment and obstruction, and to knowingly commit offenses against the United States, to-wit:

a. With intent to defraud, buy, sell, exchange, receive, deliver, retain, and conceal Treasury checks or securities of the United States of a value in excess of $1,000, knowing that the checks were stolen or bearing a falsely made or forged endorsement or signature, in violation of Title 18, United States Code, Section 510;

b. Willfully and knowingly receive, conceal and retain stolen property of the United States, that is, Internal Revenue Service federal income tax refund checks and Refund Anticipation Loan checks, of a value in excess of $100.00, with intent to convert said property to their own use, then knowing said property to have been stolen, in violation of 18 U.S.C. § 641;

c. With intent to defraud, having devised or intending to devise a scheme or artifice to defraud, and for obtaining money or property by means of false or fraudulent pretenses, representations or promises, deposit and cause to be deposited a matter or thing to be sent and delivered by any private or commercial interstate carrier according to the direction thereon to execute the scheme or artifice to defraud and obtain money or property thereby, in violation of Title 18 United States Code § 1341;

d. To knowingly and for the purpose of evading the reporting requirements of Section 5313(a) of Title 31, United States Code, and the regulations promulgated thereunder, cause and attempt to cause a domestic financial institution to fail to file a report required under section 5313(a) of Title 31, and any regulation prescribed under any such section.

# INTRODUCTION

2.    At all times material to this Indictment:

a.  MUAWIA KHALIL ABDELJALIL, also known as "Mike Jalil", resided in Roanoke, Virginia, and owned and operated several convenience stores in Virginia, to include the Community Shop In and Khawaja Corporation, both of which are located in the Western District of Virginia. ABDELJALIL initially entered the United States in 2001 on a temporary visa issued by the United States. ABDELJALIL has resided in the United States since that time. ABDELJALIL has unsuccessfully attempted to adjust his U.S. immigration status to a Permanent Resident Alien based on marriages to two different U.S. Citizens.

b.  Khawaja Corporation was incorporated in Virginia in 2005, and MUAWIA KHALIL ABDELJALIL is listed as the President. The Khawaja Corporation was doing business as One Stop Shop #2, which is a convenience store located at 445 Doe Run Road, Rocky Mount, Virginia. ABDELJALIL opened numerous business checking accounts in the name of Khawaja Corporation.

c.  The Community Shop In was a business located at 1615 Burrell Street, NW, Roanoke, Virginia. This business was operated as a sole proprietorship by ABDELJALIL from approximately 2003 through 2011, at which time ABDELJALIL sold the business. ABDELJALIL opened numerous business checking accounts in the name of Community Shop In.

d.  KHALDOUN KHALIL KHAWAJA, also known as "Tony Khawaja", is a brother to MUAWIA KHALIL ABDELJALIL. KHAWAJA resided in Tampa, Florida, where he owned and operated numerous businesses and convenience stores. KHAWAJA was the owner and operator of Khawaja Stores, doing business as Main Street Grocery, located at 2117

W. Main Street, Tampa, Florida. Additionally, KHAWAJA is the listed owner by the Division of Corporations for the Florida Department of State for the following additional businesses: The Price is Right; The Price is Right #2; Blue Sav-More Supermarket; Main St. Fashion @Beauty Supply; Discount Stores Grocery & Tobacco; and Fletcher Smoke Shop.

   e. OSAMA MAHMUD MUSTAFA, also known as "Sam Mustafa", resided in Florida, and owned and operated numerous businesses in Florida. The Division of Corporations for the Florida Department of State lists MUSTAFA as the President of BNA Automotive Inc. , European Autohaus, Inc., and S&T Trading Inc., and as Vice President of S&M Property Rentals, all Florida corporations. MUSTAFA was also listed as the owner of Short Stop from March 22, 2006 through March 9, 2009.

<h2 style="text-align:center">WAYS, MEANS AND MANNER OF THE CONSPIRACY</h2>

   3.  Numerous individuals in Florida filed fraudulent federal income tax returns including returns in the name of deceased individuals and prisoners. The fraudulent returns resulted in the issuance of United States Treasury checks, checks for Refund Anticipation Loans ("RAL"), and tax refunds issued by financial intermediaries. KHALDOUN KHALIL KHAWAJA and OSAMA MAHMUD MUSTAFA purchased these fraudulently obtained IRS refund checks, paying a percentage of the face value, and conspired with MUAWIA KHALIL ABDELJALIL and with each other and others known and unknown to the Grand Jury to fraudulently present those checks for payment at financial institutions in the Western District of Virginia, the Middle District of Florida, and elsewhere. ABDELJALIL and MUSTAFA negotiated the refund checks and returned a portion of those proceeds to KHAWAJA to continue the scheme through the purchase of additional refund checks. On other occasions, KHAWAJA negotiated the checks on behalf of MUSTAFA, and returned the proceeds of the fraudulent

checks to MUSTAFA.

4.    MUAWIA KHALIL ABDELJALIL maintained checking accounts under his control at many different banks in Roanoke, Virginia, to include Bank of America, Bank of Botetourt, Bank of Floyd, Branch Banking & Trust Company, Carter Bank and Trust, First Citizens Bank, Hometown Bank, SunTrust Bank, and Wachovia (now Wells Fargo) Bank. These banks and corresponding checking accounts were used to negotiate the fraudulent federal income tax refund checks that were issued based on false federal income tax returns.

5.    OSAMA MAHMUD MUSTAFA maintained checking accounts in Florida, including Bank of America, J. P. Morgan Chase, and Wachovia checking accounts in the name of BNA Automotive, Inc. and Short Stop, which were used to negotiate the fraudulent federal income tax refund checks that were issued based on false federal income tax returns. MUSTAFA negotiated the fraudulent federal income tax refund checks through various business accounts at financial institutions in Florida.

6.    KHALDOUN KHALIL KHAWAJA maintained checking accounts in Florida which were used to negotiate the fraudulent federal income tax refund checks that were issued based on false federal income tax returns.

## OVERT ACTS

In furtherance of the conspiracy and to effect the objects thereof, the defendants committed, among others, the following overt acts in the Western District of Virginia and elsewhere:

7.    On numerous occasions during the times alleged in this Indictment, KHALDOUN KHALIL KHAWAJA and OSAMA MAHMUD MUSTAFA knowingly accepted fraudulent United States Treasury checks, Refund Anticipation Loan ("RAL") checks, and tax refund

checks issued by financial intermediaries, as well as stolen Social Security Administration checks and fraudulent state income tax refund checks, charging the presenters a large percentage of the face value of the check to negotiate the check. Many of the checks had been issued on the basis of fraudulent federal and/or state income tax returns filed with the Internal Revenue Service or state authorities, including returns in the names of deceased persons and inmates at penal facilities, and some of the checks were stolen Social Security Administration checks.

8.      On or about October 30, 2009, MUAWIA KHALIL ABDELJALIL deposited two fraudulent U.S. Treasury checks into an account under his control. From October 30, 2009, through August 4, 2010, approximately 442 fraudulent IRS refund checks were deposited to accounts under his control, totaling approximately $1,820,195.

9.      From approximately May 25, 2010, to July 16, 2010, seventy-eight (78) checks were written to KHALDOUN KHALIL KHAWAJA from accounts controlled by ABDELJALIL in the total amount of $594,484. The accounts were in the name of Khawaja Corporation, MUAWIA ABDELJALIL dba Community Shop In, and Khawaja Corporation dba Doe Run Store One Stop Shop #2. Of the 78 checks, 77 checks were written in amounts under $10,000.

10.      From approximately June 15, 2010, to July 28, 2010, a total of thirty-nine (39) checks totaling $200,393 were written to KHALDOUN KHALIL KHAWAJA, from accounts at the Bank of America in the control of relatives of MUAWIA KHALIL ABDELJALIL. The accounts were funded with cash transactions deposited in a structured manner so as to avoid bank reporting requirements. A total of $257,867 in cash was deposited to the relatives' Bank of America checking accounts in Roanoke, Virginia, from March 16, 2010 through October 14, 2010.

11.      From approximately February 18, 2010 to July 6, 2010, approximately one

hundred eleven (111) cash deposits, totaling $898,674, were made in Roanoke, Virginia, to accounts under the control of KHALDOUN KHALIL KHAWAJA. All but three (3) of the cash deposits were made in amounts under $10,000.

12.     From October 22, 2009 through April 27, 2011, approximately 3,633 fraudulently-obtained Internal Revenue Service and Refund Anticipation Loan ("RAL") refund checks were deposited to accounts under the control of OSAMA MAHMUD MUSTAFA, totaling approximately $15,719,584.   On or about November 30, 2009, MUAWIA KHALIL ABDELJALIL deposited a check from OSAMA MAHMUD MUSTAFA in the amount of $15,100 to an account in the name of Khawaja Corp.

13.     From October 23, 2009 to June 3, 2010 at least one hundred and seventy (170) checks were written to KHALDOUN KHALIL KHAWAJA from an account controlled by OSAMA MAHMUD MUSTAFA in the name of OSAMA MAHMUD MUSTAFA dba Short Stop, totaling $1,122,373. Of the 170 checks, 165 checks were in an amount under $10,000.

14.     On or about October 19, 2010, OSAMA MAHMUD MUSTAFA and KHALDOUN KHALIL KHAWAJA opened an account at Wachovia Bank in the name of BNA Automotive. MUSTAFA signed the signature card as President and KHAWAJA as manager. On October 20, 2010, approximately twelve fraudulent U. S. Treasury checks in the total amount of $23,623 were deposited into the account.   Wachovia Bank closed the account shortly thereafter due to the unusual activity.

15.     On numerous occasions during the time frame alleged in this Indictment, various of the defendants opened bank accounts in order to process the fraudulent Treasury checks. On a number of occasions, a bank would close an account for fraudulent activity and ABDEJALIL, KHAWAJA, or MUSTAFA would open another account to receive the fraudulent checks. On

various occasions during the time frame of this indictment, the defendants would transfer checks amongst themselves and negotiate fraudulent checks on each other's behalf, according to who had a bank account open that could receive the checks.

16. On or about July 15, 2010, OSAMA MAHMUD MUSTAFA negotiated $50,430 in checks drawn on accounts for entities owned by KHALDOUN KHALIL KHAWAJA.

17. Between September 7, 2010, and November 23, 2010, MUAWIA KHALIL ABDELJALIL negotiated $55,749 in checks drawn on accounts in the name of KHALDOUN KHALIL KHAWAJA or entities owned by him. The checks were all in amounts less than $10,000.

18. From July 30, 2009 to October 16, 2009, KHALDOUN KHALIL KHAWAJA deposited approximately fifteen (15) fraudulent IRS refund checks to an account at SunTrust Bank in the name of Khawaja Stores, Inc., totaling $112,968.

19. In or about December 2009, MUAWIA KHALIL ABDELJALIL was asked by an employee of Carter Bank if he cashed checks over $1,000. ABDELJALIL responded negatively.

20. Due to suspicious activity in ABDELJALIL's accounts, on April 22, 2010, ABDELJALIL and an employee of Carter Bank discussed the registration requirements for a money services business that cashes checks in excess of $1,000.

21. On April 27, 2010, an employee of the Bank of Botetourt advised ABDELJALIL of the Currency Transaction Report filing requirements for cash transactions in excess of $10,000. ABDELJALIL continued to structure currency transactions after that date in order to avoid currency reporting requirements and to avoid detection of the conspiracy.

22. On various occasions during the time frame alleged in this Indictment, the defendants or others acting on their behest misrepresented to bank personnel the purpose of the

transactions, the nature of their business, and the reasons they were depositing so many U. S. Treasury checks and withdrawing large amounts of currency.

23.      All in violation of Title 18, United States Code, Section 371.

## COUNT 2
### (18 U.S.C. § 1349)
### (Conspiracy to Commit Bank Fraud)

1.      From in or about July 30, 2009 and continuing until the date of this Indictment, in the Western Judicial District of Virginia, MUAWIA KHALIL ABDELJALIL, KHALDOUN KHALIL KHAWAJA, and OSAMA MAHMUD MUSTAFA, the defendants, combined, conspired, confederated, and agreed together with each other and with persons known and unknown to the Grand Jury to knowingly devise a scheme or artifice to defraud a financial institution whose deposits are insured by the Federal Deposit Insurance Corporation, and to obtain the moneys, funds, credits, assets, and other property owned by and under the custody and control of each described financial institution, by means of false and fraudulent pretenses, representations, and promises.

2.      The allegations contained in Count One are hereby re-alleged and incorporated by reference as though set forth in full.

3.      All in violation of Title 18, United States Code, Section 1349.

## COUNT 3
### (18 U.S.C. § 1956(h))
### (Conspiracy to Commit Money Laundering)

1.      From in or about July 30, 2009 and continuing until the date of this Indictment, in the Western Judicial District of Virginia, and elsewhere, MUAWIA KHALIL ABDELJALIL,

KHALDOUN KHALIL KHAWAJA, and OSAMA MAHMUD MUSTAFA, the defendants, combined, conspired, confederated, and agreed together with each other and with persons known and unknown to the Grand Jury to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit:

a. to knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is violations of Title 18, United States Code Sections 641, 1014, and 1344 with the intent to promote the carrying on of specified unlawful activity, that is violations of Title 18, United States Code Sections 641, 1014, 1341, 1343, and 1344, and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i); and

b. to knowingly conduct and attempt to conduct financial transactions affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, violations of Title 18, United States Code Sections 641, 1014, 1341, 1343, and 1344, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i); and

c. to knowingly conduct and attempt to conduct financial transactions affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, violations of Title 18, United States Code Sections 641, 1014,

1341, 1343, and 1344, knowing that the transaction was designed in whole and in part to avoid a transaction reporting requirement under Federal law, and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction, represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(ii).

## WAYS, MEANS, AND MANNER OF THE CONSPIRACY

The manner and means used to accomplish the objectives of the conspiracy included, among others, the following:

1. Numerous individuals in Florida filed fraudulent federal income tax returns including returns in the name of deceased individuals and prisoners. KHALDOUN KHALIL KHAWAJA and OSAMA MAHMUD MUSTAFA purchased these fraudulently obtained IRS refund checks, paying a percentage of the face value, and conspired with MUAWIA KHALIL ABDELJALIL and with each other and others known and unknown to the Grand Jury to fraudulently present those checks for payment at financial institutions in the Western District of Virginia, the Middle District of Florida, and elsewhere. ABDELJALIL and MUSTAFA negotiated the refund checks and returned a portion of those proceeds to KHAWAJA to continue the scheme through the purchase of additional refund checks. On other occasions, MUSTAFA negotiated the checks on behalf of KHAWAJA, and returned the proceeds of the fraudulent checks to KHAWAJA.

2. MUAWIA KHALIL ABDELJALIL maintained checking accounts under his control at many different banks in Roanoke, Virginia, to include Bank of America, Bank of Botetourt Bank of Floyd, Branch Banking & Trust Company, Carter Bank and Trust, First Citizens Bank, Hometown Bank, SunTrust Bank, and Wachovia (now Wells Fargo) Bank.

These banks and corresponding checking accounts were used to negotiate the fraudulent federal income tax refund checks that were issued based on false federal income tax returns.

3.     OSAMA MAHMUD MUSTAFA maintained checking accounts in Florida, including Bank of America checking accounts in the name of BNA Automotive, Inc. and Short Stop, which were used to negotiate the fraudulent federal income tax refund checks that were issued based on false federal income tax returns. MUSTAFA negotiated the fraudulent federal income tax refund checks through various business accounts in Florida.

4.     The defendants utilized the proceeds of the specified unlawful activities to purchase other assets, including real estate and business interests and other assets, in an effort to conceal and disguise the nature of the proceeds, and to promote further specified unlawful activities. A significant portion of the funds from the fraudulent Treasury checks were withdrawn from the banks in cash transactions under $10,000 structured so as to avoid currency reporting requirements.

5.     All in violation of Title 18, United States Code, Section 1956(h).


## COUNTS 4 THROUGH 12
### (18 U.S.C. § 1344)
### (Bank Fraud)

1.     That between on or about the dates listed below as to each count, in the Western Judicial District of Virginia, MUAWIA KHALIL ABDELJALIL, the defendant, as principal and as an aider and abettor, knowingly devised a scheme or artifice to defraud a financial institution whose deposits are insured by the Federal Deposit Insurance Corporation detailed below as to each count, and to obtain the moneys, funds, credits, assets, and other property owned by and under the custody and control of each described financial institution, by means of

false and fraudulent pretenses, representations, and promises.

## THE SCHEME TO DEFRAUD AND TO OBTAIN MONEY

2.     It was a part of the defendant's scheme and artifice to defraud and to obtain money or property by means of false and fraudulent pretenses, representations or promises, including the knowing concealment or non-disclosure of a material fact, that:

a.     Various individuals and coconspirators, unindicted herein, filed fraudulent federal income tax returns reflecting a refund due.

b.     The defendant or others acting in concert with him solicited the fraudulent United States Treasury checks resulting from these fraudulent returns, and paid the individuals a percentage of face value for the fraudulent checks.

c.     The defendant or others acting in concert with him maintained business and personal accounts at financial institutions whose deposits were insured by the Federal Deposit Insurance Corporation.

d.     The defendant or others acting in concert with him deposited the fraudulent Treasury checks into financial institutions whose deposits were insured by the Federal Deposit Insurance Corporation knowing the checks were fraudulently obtained.

e.     The defendant or others acting in concert with him withdrew funds from the bank accounts in amounts less than $10,000 so as to avoid currency reporting requirements and avoid detection of the scheme.

f.     The defendant or others acting in concert with him maintained and opened numerous checking accounts in order to facilitate the negotiation of U.S. Treasury checks and other checks issued based upon fraudulent income tax returns filed with the United States Government, exposing those financial institutions to potential losses. The defendant made

numerous misrepresentations to the various bank employees, to include statements that the negotiation of U.S. Treasury checks, payable to individuals with Florida addresses and other out-of-state addresses, were done in the normal course of their business.

g. The defendant or others acting in concert with him misrepresented to bank personnel the purpose of the transactions, the nature of their business, and the reasons they were depositing so many U. S. Treasury checks and withdrawing large amounts of currency.

3. MUAWIA KHALIL ABDELJALIL obtained a Social Security Account Number that was provided to banking authorities to open and maintain various checking accounts that facilitated the negotiation of the fraudulent IRS refund checks during the time period in this Indictment.

4. That on or about the dates listed and described below as to each count, MUAWIA KHALIL ABDELJALIL executed and attempted to execute the scheme as set forth above:

| Count | Date | Financial Institution | Description |
|-------|------|----------------------|-------------|
| 4 | October 30, 2009 | SunTrust Bank | MUAWIA KHALIL ABDELJALIL utilized two existing SunTrust checking accounts, one in the name of Community Shop In, account number ending xx4600, and one in the name of Khawaja Corporation, account number ending 7950, to deposit fifty (50) fraudulent IRS refund checks totaling $296,077, spanning October 2009 to April 2010. All the checks were payable to Florida payees. |
| 5 | February 19, 2010 | Carter Bank & Trust | MUAWIA KHALIL ABDELJALIL utilized two existing checking accounts he had opened at Carter Bank & Trust to deposit sixty-three (63) fraudulent IRS refund checks, totaling $253,877, spanning February through April of 2010. When asked about the checks, ABDELJALIL told Carter Bank and Trust employees on 4/29/10 that the Florida payees on the fraudulent IRS refund checks deposited into his |

| Count | Date | Financial Institution | Description |
|-------|------|----------------------|-------------|
| | | | accounts were for individuals that had moved from Florida to Virginia. |
| 6 | April 22, 2010 | Bank of America | MUAWIA KHALIL ABDELJALIL opened a checking account in Roanoke, Virginia, number xx8249, in the name of MUAWIA KHALIL ABDELJALIL, sole prop, DBA Community Shop In, with an address of 1615 Burrell Street, NW, Roanoke, Virginia. The account was used to deposit nineteen (19) fraudulent IRS refund checks, totaling $67,605, payable to persons with out-of-state addresses. The account was closed June 23, 2010. |
| 7 | April 22, 2010 | Bank of America | MUAWIA KHALIL ABDELJALIL opened a checking account in Roanoke, Virginia, number xx8252, in the name of Khawaja Corporation, DBA One Stop Shop #2, with an address of 445 Doe Run Road, Rocky Mount, Virginia. The account was used to deposit twenty (20) fraudulent IRS refund checks totaling $55,940, payable to individuals with out-of-state addresses. |
| 8 | April 26, 2010 | Bank of Botetourt | MUAWIA KHALIL ABDELJALIL opened a Bank of Botetourt business checking account, number xx7801, in the name of Khawaja Corp, DBA One Stop Shop 2, 445 Doe Run Road, Rocky Mount, Virginia, on April 26, 2010 which he then used to negotiate seven (7) fraudulent IRS refund checks totaling $40,274. ABDELJALIL falsely told bank employees that the out-of-state payees were coming to his stores in Virginia to negotiate the checks. |
| 9 | May 10, 2010 | Wachovia Bank | MUAWIA KHALIL ABDELJALIL opened a checking account at Wachovia Bank in Roanoke, Virginia, account number xx7465, in the name of Khawaja Corporation, DBA Doe Run Store Stop Shop #2, 445 Doe Run Road, Rocky Mount, Virginia, on May 10, 2010. The account was used for the deposit of 177 fraudulent IRS refund checks, totaling $733,649, all payable to individuals with Florida addresses. ABDELJALIL withdrew large portions of the deposited funds through structured withdrawals. |
| 10 | June 29, 2010 | Branch Banking & Trust Company | MUAWIA KHALIL ABDELJALIL opened a checking account in the name of Khawaja Corporation, account number ending xx2762 on June 29, 2010. The account was used for the deposit of fifty (50) fraudulent IRS refund checks, totaling $171,129, all |

| Count | Date | Financial Institution | Description |
|-------|------|----------------------|-------------|
|       |      |                      | payable to individuals with Out-of-state addresses. The account was closed on July 30, 2010. |
| 11 | July 20, 2010 | Hometown Bank | MUAWIA KHALIL ABDELJALIL opened a checking account at Hometown Bank in Roanoke, Virginia, on July 20, 2010, in the name of Khawaja Corporation, doing business as One Stop Shop 2, 445 Doe Run Road, Rocky Mount, , Virginia, with an account number ending xx2949. The account was used to deposit eight (8) fraudulent IRS refund checks, totaling $39,040, payable to individuals with Out-of-state addresses. On July 28, 2010, MUAWIA KHALIL ABDELJALIL falsely told bank employees that all of the IRS refund checks deposited to this account had been cashed for individuals who had moved to Roanoke, Virginia from Florida and had not yet established checking accounts. |
| 12 | July 21, 2010 | First Citizens Bank | MUAWIA KHALIL ABDELJALIL opened a checking account at First Citizens Bank, account number xx8275 in Roanoke, Virginia, on July 21, 2010, in the name of Community Shop In. The account was used for the deposit of four (4) fraudulent IRS refund checks, totaling $21,519, payable to individuals with Out-of-state addresses. The account was closed August 6, 2010. |

5.      All in violation of Title 18, United States Code, Sections 1344 and 2.


## COUNTS 13 THROUGH 17
## (18 U.S.C. § 1014)
### (False Statement for the Purpose of Influencing a Financial Institution and/or the Small Business Administration)

1.      On or about the dates listed below to each count, in the Western Judicial District of Virginia, MUAWIA KHALIL ABDELJALIL, the defendant, knowingly made a material false statement or report for the purpose of influencing the action of the financial institution listed as to each count, the deposits of which were insured by the Federal Deposit Insurance

Corporation, or the action of the Small Business Administration, in the manner listed as to each count when in truth and in fact, as the defendant there and then well knew, the statement was false in the manner described.

2. That the date, the entity, and description of the false statement are as follows:

| COUNT | DATE | FINANCIAL INSTITUTION AND FALSE STATEMENT |
|---|---|---|
| 13 | August 21, 2006 | On August 21, 2006, MUAWIA KHALIL ABDELJALIL falsely certified to the Business Finance Group, Inc that he was a U.S. citizen on a form entitled "Personal Information Sheet", when in truth and fact, as he then and there well knew, he was not a U.S. citizen. The false information, in part, caused the Bank of Botetourt to extend a $203,000 loan to MUAWIA KHALIL ABDELJALIL, dated November 13, 2006, for the purpose of purchasing a property and a business located in Rocky Mount, Virginia; and in part, also caused the Business Finance Group, Inc. to extend a $149,000 loan, dated July 12, 2007, guaranteed by the Small Business Administration. |
| 14 | September 15, 2006 | On September 15, 2006, MUAWIA KHALIL ABDELJALIL certified that he was a U.S. Citizen on a Small Business Administration form, form number SBA- 912, when in truth and fact, as he then and there well knew, he was not a U. S. citizen; and provided Business Finance Group, Inc. and the Bank of Botetourt with fabricated and false, personal, federal income tax returns for the years 2004 and 2005, in support of a loan request from the Bank of Botetourt and the Business Finance Group, Inc. The false statement, in part, caused the Bank of Botetourt to extend a $203,000 loan to MUAWIA KHALIL ABDELJALIL, dated November 13, 2006, for the purchase of property and a business located in Rocky Mount, Virginia; and in part, also led the Business Finance Group, Inc. to extend a $149,000 loan, dated July 12, 2007, guaranteed by the Small Business Administration. |
| 15 | December 14, 2006 | MUAWIA KHALIL ABDELJALIL signed a Uniform Residential Loan Application, for SunTrust Mortgage, in the amount of $307,087, for the purchase money loan for his primary residence, located at 4924 Renee Lane, Roanoke, Virginia, on which he: falsely declared himself to be a permanent resident alien; knowingly omitted substantial debt, including two loans in his name; falsely declared $10,000 per month gross monthly income when in truth and fact, as he then and there well knew, he was not a permanent resident, had |

| COUNT | DATE | FINANCIAL INSTITUTION AND FALSE STATEMENT |
|---|---|---|
| | | substantial debt, and had materially less monthly gross income. |
| 16 | December 29, 2006 | MUAWIA KHALIL ABDELJALIL signed a Uniform Residential Loan Application, for SunTrust Mortgage, in the amount of $307,050, for the purchase money loan for his primary residence, located at 4924 Renee Lane, Roanoke, Virginia, on which he: falsely declared himself to be a U.S. citizen; knowingly omitted substantial debt, including two loans in his name; falsely declared $10,000 per month gross monthly income when in truth and fact, as then and there well knew, he was not a U.S. citizen, had substantial debt, and had materially less monthly gross income. |
| 17 | August 20, 2010 | On August 20, 2010, MUAWIA KHALIL ABDELJALIL, consulted with a SunTrust Mortgage loan officer to refinance the loan he originally obtained on December 29, 2006, and provided the bank with a false set of income tax returns claiming an Adjusted Gross Income of: 2008 – $65,566; 2009 - $83,709. In truth and fact, as he then and there well knew, his federal income tax returns filed with the Internal Revenue Service claimed an Adjusted Gross Income of: 2008 - $3,968; 2009 - $8,044. |

3.      All in violation of Title 18, United States Code, Section 1014.


**COUNTS 18 THROUGH 35**
**31 U.S.C. §§ 5324(a)(1) and 5324(d)**
**(Structure Currency Transactions)**

1.      On or about the dates listed below, in the Western Judicial District of Virginia,

MUAWIA KHALIL ABDELJALIL, the defendant, as principal and as an aider and abettor, did

knowingly and for the purpose of evading the reporting requirements of Section 5313(a) of Title

31, United States Code, and the regulations promulgated thereunder, did cause and attempt to

cause a domestic financial institution to fail to file a report required under section 5313(a) of

Title 31, and any regulation prescribed under any such section, and did so while violating

another law of the United States and as part of a pattern of illegal activity involving more than

$100,000 in a 12-month period.

2.    That the dates, amounts, and description of the transaction are as follows:

| COUNT | DATE | AMOUNT | CASH IN/OUT | DESCRIPTION OF TRANSACTION |
|---|---|---|---|---|
| **18** | 3/2/10 | $48,000 | OUT | A series of six cash transactions, consisting of six checks cashed at SunTrust Bank, conducted at four different branches in Roanoke, Virginia, totaling $48,000, all on the same day, but at different times, all drawn on an account at SunTrust Bank, account ending 7950, in the name of Khawaja Corporation. |
| **19** | 3/10/10 | $36,600 | OUT | A series of four cash transactions, consisting of four checks cashed at SunTrust Bank, conducted at three different branches in Roanoke, Virginia, totaling $36,600, all on the same day, but at different times, all drawn on an account at SunTrust Bank, account number ending 7950, in the name of Khawaja Corporation. |
| **20** | 3/31/10 | $25,740 | OUT | A series of three cash transactions, consisting of three checks cashed at SunTrust Bank, conducted at three different branches in Roanoke, Virginia, totaling $25,740, all on the same day, but at different times, all drawn on an account at SunTrust Bank, account number ending 7950, in the name of Khawaja Corporation. |
| **21** | 5/17/10 | $19,900 | OUT | A series of two cash transactions, consisting of two $9,950 checks cashed at Wachovia Bank, both drawn on the Khawaja Corp. account ending xx7465, one made payable to cash and negotiated by MUAWIA KHALIL ABDELJALIL, and one made payable to ABDELJALIL's relative and negotiated by the relative. Both checks were negotiated at Wachovia's Hershberger Road branch two hours apart in time. |

| COUNT | DATE | AMOUNT | CASH IN/OUT | DESCRIPTION OF TRANSACTION |
|-------|------|--------|-------------|----------------------------|
| 22 | 5/27/10 | $28,200 | OUT | A series of two cash transactions, consisting of two $9,950 checks drawn on Khawaja Corporation, Wachovia account ending in xx7465, cashed at two different Wachovia branches in Roanoke, Virginia, on 5/27/10 thirty minutes apart in time. Both were signed and endorsed by MUAWIA KHALIL ABDELJALIL and cashed by MUAWIA ABDELJAIL. One check in the amount of $8,300 drawn on Khawaja Corporation Wachovia account ending in xx7465 payable to Khaldoun Khawaja and negotiated in Florida. |
| 23 | 6/7/10 | $59,700 | IN | A series of six separate $9,950 cash deposits, made to four different Bank of America accounts under the control of Khaldoun Khawaja, and to two different Bank of America accounts under the control of MUAWIA KHALIL ABDELJALIL. |
| 24 | 6/9/10 | $37,650 | OUT | A series of four cash transactions, consisting of four checks cashed at the Wachovia Bank Hershberger Road branch on 6/9/10 at four different times, all drawn on his Khawaja Corporation Wachovia account ending 7465. |
| 25 | 6/11/10 | $11,700 | IN | A $9,800 cash deposit into a Bank of Floyd account in the name of Community Shop In, which had been opened the day before, along with $1,900 cash deposit into a Bank of Floyd account in the name of Khawaja Corporation dba Doe Run One Stop Shop #2, also opened the day before on 6/10/10. |
| 26 | 6/22/10 | $29,000 | OUT | A series of three cash transactions, at two different branches, consisting of two cashed checks and one counter withdrawal, all drawn on his Wachovia account ending xx7465: one check for $9,700 at 4:00 pm at River Jack branch in Salem, Virginia; one by check for $9,700 at 4:41 pm at the Hershberger Road branch; and one by a counter ticket at 4:55 pm for $9,600 at the Hershberger Road branch. |
| 27 | 6/30/10 | $54,100 | OUT | A series of six cashed checks, at three different Wachovia Bank branches, at different times, all drawn on his Wachovia account ending xx7465. |

2010R00500

| COUNT | DATE | AMOUNT | CASH IN/OUT | DESCRIPTION OF TRANSACTION |
|-------|------|--------|-------------|----------------------------|
| **28** | 7/1/10 | $53,200 | OUT | A series of five cashed checks, at four different Wachovia Bank branches in Roanoke, Virginia, at five different times, drawn on his account ending xx7465, including one check cashed for $20,000 in this series of five transactions. |
| **29** | 7/2/10 | $29,450 | OUT | A series of two cash transactions, consisting of two cashed checks at two different branches at two different times, totaling $19,500, drawn on his Wachovia account ending xx7465; and two cashed checks made payable to MUAWIA KHALIL ABDELJALIL, one drawn on a relative's Bank of America account ending xx3505 for $5,000, and one drawn a different relative's Bank of America account ending xx0037 for $4,950, both negotiated at Bank of America at the same time. |
| **30** | 7/6/10 | $34,200 | OUT | A series of four cash transactions, consisting of two cashed checks and two counter withdrawals, done at least three different Wachovia branches, at least three different times, all drawn on his Wachovia account ending xx7465. |
| **31** | 7/7/10 | $48,050 | OUT | A series of four cash transactions, consisting of four cashed checks, at four different times, at four different branches, over the course of two hours, all drawn on his Wachovia Bank account ending xx7465. One check in the amount of $9,950 drawn on Khawaja Corporation Wachovia account ending in xx7465 payable to Khaldoun Khawaja and negotiated in Florida. |
| **32** | 7/16/10 | $13,000 | OUT | Two cashed checks at two different BB&T branches, at two different times, both drawn on the BB&T account ending xx2762, in the name Khawaja Corporation. |
| **33** | 7/28/10 | $16,000 | OUT | A series of two cash withdrawals at First Citizen's Bank, consisting of two cashed checks on ABDELJALIL's account at First Citizen's Bank account ending xx8275. The checks were cashed at two different branches at two different times. |

| COUNT | DATE | AMOUNT | CASH IN/OUT | DESCRIPTION OF TRANSACTION |
|---|---|---|---|---|
| **34** | 7/28/10 | $13,000 | OUT | Two cashed checks at Hometown Bank, at two different times, at two different branches, drawn on ABDELJALIL's account at Hometown Bank ending xx2949. Both checks were signed and endorsed by ABDELJALIL. |
| **35** | 11/2/10 | $12,150 | IN | A cash deposit of $3,600 to Bank of Floyd checking account ending 4603 in the name of Community Shop In, and a $8,550 cash deposit to an account ending xx4611 in the name of Khawaja Corporation DBA Doe Run Store. |

3.     All in violation of Title 31, United States Code, Sections 5324(a)(1) and 5324(d) and Title 31, Code of Federal Regulations, Part 103, and Title 18, United States Code, Section 2

### COUNT 36
### 31 U.S.C. §§ 5324(a)(3) and 5324(d)
### (Structure Currency Transactions)

1.     On or about the dates listed below, in the Western Judicial District of Virginia, MUAWIA KHALIL ABDELJALIL, the defendant, did knowingly and for the purpose of evading the reporting requirements of Section 5313(a) of Title 31, United States Code, and the regulations promulgated thereunder, structure the following transactions, and did so while violating another law of the United States and as part of a pattern of illegal activity involving more than $100,000 in a 12-month period.

2.     That the dates, amounts, and description of the transaction are as follows:

| COUNT | DATE | AMOUNT | DESCRIPTION OF TRANSACTION |
|---|---|---|---|

| 36 | June 3 to 7, 2010 | $35,950 | A series of four cash transactions, consisting of three cashed checks by MUAWIA KHALIL ABDELJALIL, drawn on his Wachovia Bank account number ending 7465, cashed on three separate dates: $9,000 on 6/3/10; $9,500 on 6/4/10; $9,950 on 6/7/10; and one counter withdrawal conducted on 6/4/10 for $7,500. |
|---|---|---|---|

3.  All in violation of Title 31, United States Code, Section 5324(a)(3); and Title 31,

Code of Federal Regulations, Section 103.11.

## NOTICE OF FORFEITURE

1.  Upon conviction of one or more of the felony offenses alleged in this Indictment,

the defendants shall forfeit to the United States:

a.  any property constituting, or derived from, proceeds obtained directly or indirectly from the commission of the scheme to defraud for which the defendant is convicted, a violation of 18 U.S.C. § 1349, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461.

b.  any property, real or personal, involved in a violation of 18 U.S.C. § 1956, or any property traceable to such property, pursuant to 18 U.S.C. § 982(a)(1).

c.  any property constituting, or derived from, proceeds the person obtained directly or indirectly in violation of 18 U.S.C. §§ 1014 and 1344, pursuant to 18 U.S.C. § 982(a)(2).

d.  all property, real or personal, involved in a violation of 31 U.S.C. §§ 5324(a)(1) and (a)(3), pursuant to 31 U.S.C. § 5317(c)(1).

2.  The property to be forfeited to the United States includes but is not limited to the

following property:

**a. Monetary Judgment:** Not less than $26,557,273.70 in United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate was obtained directly or indirectly as a result of said offenses or is traceable to such property, or was involved in said offenses.

**b.  United States Currency:**

(1)  $ 14,903 seized during a search of 4924 Renee Lane, Roanoke, VA 24018, on April 4, 2012;

(2)  $ 30,000 seized from safe deposit box number 1165 at the Bank of Floyd, 4094 Postal Drive, Roanoke, VA, on April 9, 2012;

(3)  $ 30,000 seized from safe deposit box number 127 at the Member One Federal Credit Union, 2310 Electric Road, Roanoke, VA, on April 9, 2012;

(4)  $ 30,000 seized from safe deposit box number 231 at StellarOne Bank, 2101 Electric Road, Roanoke, VA, on April 10, 2012.

**c.  Business Assets:  All assets of and interest in the following entities**

|  | Business | Address |
|---|---|---|
| 1) | BNA Automotive, Inc. | 106 E. Linebaugh Ave. Tampa, FL |
| 2) | European Autohaus, Inc. | 1105 E Bearss Ave. Lutz, FL |
| 3) | SWS Tires and Repairs, Inc. | 600 South Collins St. Plant City, FL |
| 4) | Seven One One, Inc. | 1105 E. Bearss Ave. Lutz, FL |

**d.  Vehicles described as follows:**

|  | Vehicle Type | Titled Owner | VIN |
|---|---|---|---|
| 5) | 2011 Mercedes Benz GL550 | Osama Mustafa | 4JGBF8GE2BA723235 |
| 6) | 2011 Mercedes Benz 4Dr | Osama Mustafa | WDDGF7HB6BF535576 |
| 7) | 2011 Porsche Panamera | BNA Automotive & Osama Mustafa | WP0AC2A74BL091049 |
| 8) | 2011 Hyundai 4Dr SUV | Sahab Mustafa | KM8JU3AC3BU234935 |
| 9) | 2006 BMW 4 Dr | Ekhlas Mustafa | WBAVB335X6PS11969 |
| 10) | 2006 Acura | Mahmuad Mike Mustafa | 19UUA66266A060718 |

**e.  Bank Accounts, all funds received and on deposit as set forth below:**

|  | Bank | Held in the name of |
|---|---|---|
| 11) | Bank of America, Account # 229028302325 | BNA Automotive Inc. |
| 12) | Bank of America, Account # 91000140713321 | BNA Auto Inc. |
| 13) | Bank of America, Account # 004434774225 | Short Stop |
| 14) | Bank of America, Account # 435005758252 | Khawaja Corporation |
| 15) | Bank of Botetourt, Account # 710687801 | Khawaja Corporation DBA One Stop Shop #2 |
| 16) | Carter Bank & Trust, Account # 890230047801 | Khawaja Corporation |
| 17) | Grow Financial Bank Account # 0001509988350 | BNA Auto Inc., Mustafa, Ekhlas, Mustafa, Mahmuad and Museitef, Waleid |
| 18) | JP Morgan Chase, Account # 915049456 | BNA Automotive DBA Billy Nelson Automotive |
| 19) | Suntrust Bank Account # 1000108436980 | Silver Star European Autohaus |
| 20) | Suntrust Bank Account # 1000137462940 | European Autohaus |
| 21) | Suntrust Bank Account # 1000137463120 | Seven One One, Inc |
| 22) | Suntrust Bank Account # 1000140010504 | SWS Tires and Repairs, Inc. |
| 23) | Wells Fargo Account # 20000055551175 | E-Bay Rides and More and Mahmuad Mustafa |

**f.  Investments** Any ownership interest, or other interest secured or unsecured, of BNA Automotive, Osama Mustafa, Ekhlas Mustafa and Sahab Mustafa in the below listed companies related to the transfer of funds, or any other transfer of value, listed below:

|  | Amount | Company |
|---|---|---|
| 24) | $120,000.00 | Dataguise, Inc. 2201 Walnut Ave. Fremont, CA |
| 25) | $50,000.00 | Point Inside, Inc. 11061 NE 2nd St. Suite #107 Bellevue, WA |
| 26) | $30,000.00 | Fishhawk Blvd, Lithia, FL |

## g. Real Property

| | Location / Address | Titled Owner | Description |
|---|---|---|---|
| 27) | 1105 E. Bearss Avenue, Lutz, FL 33549 | Seven-One-One, Inc. | **Parcel Identification # 34433-0050.** Lot 15, Less South 103' and Less Road Right of Ways, W.E. Hamner's Wonderland Acres Third Addition, a subdivision according to the Plat thereof, recorded in Plat Book 32, Page 65, of the Public Records of Hillsborough County, Florida. Grantor warrants that at the time of this conveyance, the subject property is not the Grantor's homestead within the meaning set forth in the constitution of the State of Florida, nor is it contiguous to or a part of homestead property. BEING the same property conveyed to Seven-One-One Inc., a Florida Corporation, by Warranty Deed dated January 21, 2011, from Juan-Monoz and Diane Galecki, husband and wife. Said Deed is recorded in the Circuit Court of Hillsborough County, Florida, in Book 20317, Pages 1542-1543. |

| | Location / Address | Titled Owner | Description |
|---|---|---|---|
| 28) | 11418 Mountain Bay Drive, Riverview, FL 33569 | Osama Mustafa | **Tax Parcel Id # U-33-30-20-80R-000036-00008.0.** All that certain parcel of land situate in the County of Hillsborough and State of Florida being known as Lot 8, Block 36, Rivercrest Phase 2 Parcel "K" and "F", according to the plat thereof, as recorded in Plat Book 102, Page 293, of the Public Records of Hillsborough County, Florida. BEING the same property conveyed to Osama Mustafa, a single man, by Special Warranty Deed dated April 18, 2011, from HSBC Bank USA, National Association as Trustee for Luminent Mortgage Trust 2007-2. Said Deed is recorded in the office of the Circuit Court of Hillsboro County, Florida, as Instrument # 2011166497, BK: 20520, Pages 157 – 158. |
| 29) | 9324 Merlot Circle, Seffner, Florida | Osama M. Mustafa and Ekhlas M. Mustafa, Husband and Wife | **Parcel ID #: 061533-0240** Lot 12, in Block F, of TOULON, PHASE I, according to the Plat thereof, as recorded in Plat Book 105, at Page 277, of the Public Records of Hillsborough County, Florida BEING the same property conveyed to Osama M. Mustafa and Ekhlas M. Mustafa, husband and wife, by Special Warranty Deed dated June 27, 2008, from Mercedes Homes Inc. Said Deed is recorded in the office of the Clerk of the Circuit Court of Hillsborough County, Florida, as Instrument # 2008258473, Book 18762, Page 1338. |

|  | Location / Address | Titled Owner | Description |
|---|---|---|---|
| 30) | 1420 Saddle Gold Court, Brandon, FL 33511 | Osama Mustafa | **Tax parcel ID: U-10-30-20-5GE-00000B-00021.0.** All that lot or certain parcel of land situate in the County of Hillsborough, State of Florida, described as follows Lot 21, Block B of Bloomingdale Trails, According to the plat thereof as recorded in Plat Book 86, Page(s) 17-I through 17-7 of the public records of Hillsborough County, Florida BEING the same property conveyed to Osama Mustafa, a single man by Special Warranty Deed. Said Deed is recorded in the office of the Circuit Court of Hillsborough County, FL, as Instrument # 2011179518, Book 20538, Pages: 74-75. |
| 31) | 30604 Annadale Dr. Wesley Chapel, FL 33544 | Mahmuad. Mustafa | **Tax Parcel Id # 33 25 20 0060 00500 0420.** The following described land, situate, lying and being in the County of Pasco, State of Florida, to-wit: LOT 42, Block 5, PALM COVE PHASE 2, according to the Map or Plat thereof recorded in Plat Book 54, Pages 111 through 126, inclusive, of the Public Records of Pasco County, Florida. BEING the same property conveyed to Mahmuad Mustafa, a single person, by Deed dated April 22, 2011, from US Bank National Association, as Trustee for Citigroup Mortgage Loan Trust 2007-WFHE2, Asset-Backed Pass-Through Certificates, Series 2007-W141E2. Said Deed is recorded in the office of the Clerk, Pasco County, Florida, as Instrument # 2011071142, Book 8547, Page 2866. |

| | Location / Address | Titled Owner | Description |
|---|---|---|---|
| 32) | 4924 Renee Lane, Roanoke, VA 24018 | Muawia K. Abdeljalil | **Tax Map # 86.08-9-10**. Being Lot 10 (containing 0.190 ac.), Hidden Valley Crossing, as shown on Revised Plat of Survey dated July 30, 2004, prepared by Balzer and Associates, Inc., Planners-Architects-Engineers-Surveyors, recorded in the Clerk's Office of the Circuit Court of Roanoke County, as Instrument No. 200416811. BEING the same property conveyed to Muawia K. Abdeljalil by Deed from AL M Cooper Construction, Inc., dated December 21, 2006. Said Deed is recorded in the office of the Circuit Court of Roanoke County, as Instrument # 200621260, Page 460. |
| 33) | 445 Doe Run Road, Rocky Mt., VA 24151 | Muawia K. Abdeljalil | **Tax Map # 72.343.1**All that certain tract or parcel of land, situate, lying and being in the Snow Creek Magisterial District, Franklin County, Virginia, being known and designated as Tract B, containing 1.737 acres, according to that plat and survey made by Philip W. Nester, Land Surveyor, under date of November 30, 1992, which plat is of record in Deed Book 512, Page 1603, in the Franklin County Circuit Court Clerk's Office, less, however, that part and piece of land containing 2,675.8 square feet, more or less, which land was conveyed to Oscar Lenford Hodges, et ux, by deed of record in Deed Book, 523, Page 650. BEING the same property conveyed to Muawia K. Abdeljalil, by Deed dated November 15, 2006, from Michael D. Mills and Betty W. Mills, husband and wife. Said Deed is recorded in the office of the Circuit Court Clerk of Franklin County, Virginia, as Instrument # 060012620, Book 0898, Page 01030. |

| | Location / Address | Titled Owner | Description |
|---|---|---|---|
| 34) | 13009 Saint Filagree Drive, Riverview, FL | Osama M. Mustafa and Ekhlass Mustafa | **Parcel ID #: 077684-4142**. All that certain land situate in Hillsborough County. Florida, described as: Lot 35, Block B, Clubhouse Estates at Summerfield Unit Three, according to the map or plat thereof as recorded in Plat Book 75, Page 8, of the Public Records of Hillsborough County, Florida, BEING the same property conveyed to Osama M. Mustafa and Ekhlass Mustafa, husband and wife, by Deed dated December 29, 2003, from Martin A. Marra, a single man. Said Deed is recorded in the Office of the Circuit Court of Hillsborough County, Florida, as Instrument # 2004016055, Book 13471 Page 0517. |

3.  If any of the above described forfeitable property, as a result of any act or omission of the defendant cannot be located upon the exercise of due diligence; has been transferred or sold to or deposited with a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above described forfeitable property pursuant to 21 U.S.C. § 853(p), including but limited to the assets described above and the assets listed below:

| | Bank | Held in the Name of |
|---|---|---|
| 35) | Stellar One, Account #7300680875 | Khawaja Corporation dba Doe Run Store One Stop Shop #2 |
| 36) | Stellar One Account #7300437547 | Khawaja Corporation dba Mera Mart |
| 37) | Stellar One, Account #7300680881 | Muawia Khalil Abdeljalil dba Community Shop In |
| 38) | Stellar One Account #7300377717 | 5 Sons' Corporation dba Jones Produce |
| 39) | Stellar One Account #7300377769 | N & M Corporation dba Jerusalem Restaurant |

| | Vehicle | Titled Owner | VIN |
|---|---|---|---|
| 40) | 2006 Ford F-650 | Sam's Towing, Inc./Osama Mustafa | 3FRNX65F85V203673 |
| 41) | 2003 Ford F-450 Wrecker | Sam's Towing, Inc./Osama Mustafa | 1FDXF46P83EC81122 |
| 42) | 2008 Harley-Davidson | Osama Mustafa | 1HD1FC4468Y669449 |
| 43) | 2006 YDVO2 Pleasure Vessel | Osama Mustafa | YDV07155B606 |
| 44) | 2005 Pleasure Vessel | Osama Mustafa | BBBP78CUI405 |

A TRUE BILL, this _10th_ day of ___May___, 2012.

_Robert C. Aydlett_
FOREPERSON

_____
TIMOTHY J. HEAPHY
UNITED STATES ATTORNEY