AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

V.

OSAMA MAHMUD MUSTAFA

## EXHIBIT AND WITNESS LIST

Case Number: 7:13-CR-00032-002

| PRESIDING JUDGE<br>Samuel G. Wilson | PLAINTIFF'S ATTORNEY<br>Joseph Mott, Tristan De-Vega | DEFENDANT'S ATTORNEY<br>Anthony Anderson, Melissa Friedman |
|---|---|---|
| TRIAL DATE(S)<br>04/15/2013 | COURT REPORTER<br>Judy Webb | COURTROOM DEPUTY<br>Oretha Thompson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
|---|---|---|---|---|---|---|
| 1 | | 4/15/2013 | x | x | Chart of Accounts, IRS Refund Checks and Fed Ex Packages | Chris Gillenwater |
| 2 | | 4/15/2013 | x | x | Phone Chart re: Contacts | Chris Gillenwater |
| 3 | | 4/15/2013 | x | x | CD of Bank Records, Deeds Fed Ex Records Sub 18 Florida DMV Records,etc. | Timothy Mathers |
| 4 | | 4/15/2013 | x | x | Tax Returns re: MathersT-IRS starting with MA 04842 (Paper and CD) | Tim Mathers |
| 5 | | 4/15/2013 | x | x | CD re: Gillenwater starting with MA-00821 | Chris Gillenwater |
| | 1 | 4/15/2013 | x | x | Checks drawn from Mustafa account re: Short Stop | Chris Gillenwater |
| 13 | | | | | RETURNED TO USA/IRS This day at request of Case Agent - 09/05/2017 | |
| | | | | | GOVT EXT #13 RECEIVED BY: Ramona S. Tolley  IRS-CI | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages