AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

___WESTERN___ DISTRICT OF ___VIRGINIA___

UNITED STATES OF AMERICA

V.

OSAMA MAHMUD MUSTAFA

## EXHIBIT AND WITNESS LIST

Case Number: 7:12-CR-000032-002

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Samuel G. Wilson | Jospeh William Hooge Mott | Michelle C.F. Derrico |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 06/24/14 | Judy Webb | Oretha Thompson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6/24/2014 | x | X | Letter dated 5/25/13; Letter dated 6/3/13 to Fay Spence and FBI document — David T. Frye |
| 2 | | 6/24/2014 | x | x | FBI documents dated 3/19/13; 3/15/14; 4/1/13 and 3/29/13 — David F |
| 3 | | 6/24/2014 | x | x | Audio Disk of Voicemails to Kyle Bateman, USMS — David Frye |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages