CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
07/05/2020
JULIA C. DUDLEY, CLERK
BY: A. Seagle
DEPUTY CLERK

7/7/2020

Chief Justice Urbanski,

I would like to respectfully ask the court to appoint a court appointed attorney to handle my request for Compassionate Release under the Cares Act. I am currently in prison at FCI Petersburg for a non violent, no victim white collar crime. I am 57 years old and I believe I do qualify to go home to home detention. My daughter is also a doctor at St. Joseph's Hospital in Riverview Florida. She is also one of the designated Covid-19 doctors there and I believe I would be safer at home with her. I have written the warden twice here at FCI Petersburg and have recieved not a single answer.

Thank you

[signature]

Inmate # 56802-018

Osama Mustafa # 56802-018
FCI Petersburg Medium
PO Box 1000
Petersburg, Virginia 23804



24011-000340

RICHMOND VA 232
13 JUL 2020 PM 3 L

Federal Court Building
Attention Judge Urbanski
210 Franklin Road
Suite 540
Roanoke, Virginia 24011